Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, City of Hackensack and Thomas Freeman

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALOGERO TRAPANI,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF HACKENSACK & THOMAS FREEMAN, individually and in his official capacity as City Manger**<br><br>Defendants. | Civil Action No.: 2:25-cv-16670<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

TO: Francesco P. Trapani, Esq.
     KERHER & TRAPANI LLP
     Two Penn Center, 1500 John F. Kennedy Blvd.
     Suite 900
     Philadelphia, PA 19102

**COUNSELOR:**

PLEASE TAKE NOTICE THAT that the undersigned attorneys for defendants, City of Hackensack and Thomas Freeman, will move this Court before Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Courthouse for the District of New Jersey, M.L. King Jr. Federal Bldg. & US Courthouse, 50

Walnut Street, Newark, New Jersey 07102, for an Order dismissing plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted and for such other and further relief as the Court may deem proper in the circumstances.

PLEASE TAKE FURTHER NOTICE THAT the return date is calculated to be: December 15, 2025, at 10:00 a.m. or any date thereafter as set by the Court; the date for opposition, if any, is calculated to be submitted on or before December 1, 2025; the date for reply, if any, is calculated to be: on or before December 8, 2025 and courtesy copies are not required unless the motion is filed under seal or supported by exhibits exceeding 50 pages pursuant to the Judicial Preferences of the Honorable Madeline Cox Arleo, U.S.D.J. (https://www.njd.uscourts.gov/content/madeline-cox-arleo)

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the brief, declaration of counsel, and certification of service attached hereto in support of said application. A proposed form of Order is annexed hereto. Oral argument is requested if the Court deems it appropriate.

                                        THE LAW OFFICES OF RICHARD MALAGIERE, PC

                                        By:  s/ Richard Malagiere  
                                        RICHARD MALAGIERE  
                                        LEONARD E. SEAMAN  
                                        250 Moonachie Road, Suite 300A  
                                        Moonachie, New Jersey 07074

(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendants, City of Hackensack and Thomas Freeman
Dated: November 21, 2025