Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, City of Hackensack and Thomas Freeman

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALOGERO TRAPANI,**<br><br>Plaintiff**,**<br><br>**v.**<br><br>**CITY OF HACKENSACK & THOMAS FREEMAN, individually and in his official capacity as City Manger**<br><br>Defendants. | Civil Action No.: 2:25-cv-16670<br><br>**DECLARATION OF LEONARD E. SEAMAN** |

I, Leonard E. Seaman, hereby declare pursuant to 28 *U.S.C.* § 1746 as follows:

1.    I am an attorney at law of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey. I am Of Counsel with the Law Offices of Richard Malagiere, P.C., attorneys for defendants, the City of Hackensack and Thomas Freeman, a in this matter. I am one of the attorneys responsible for the handling of this matter and am fully familiar with the facts set forth herein.

2.      I make this declaration in support of defendant's motion to dismiss plaintiff's complaint.

3.      Annexed as exhibits are true and accurate copies of the following documents:

Exhibit:

A.      The September 21, 2022 civil service promotion eligibility list for the position of deputy chief within the City of Hackensack Fire Department.

B.      The October 1, 2025 civil service promotion eligibility list for the position of deputy chief within the City of Hackensack Fire Department.

C.      The minutes of the meeting of the City Council of the City of Hackensack held on October 28, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]

<u>s/ Leonard E. Seaman</u>
Leonard E. Seaman
THE LAW OFFICES OF RICHARD
MALAGIERE, PC
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendant, City of Hackensack and
Thomas Freeman
Dated: November 21, 2025

# Eligible / Failure Roster
**New Jersey Civil Service Commission**

| TITLE: DPTY FIRE CHF | | | | | TITLE CODE: 01506 | |
|---|---|---|---|---|---|---|
| JURISDICTION: HACKENSACK - FIRE - | | | | | SYMBOL: PM2056B | |
| ISSUE DATE: 09/21/22 | EFFECTIVE DATE: 09/29/22 | | EXPIRATION DATE: 09/28/25 | | UNIT SCOPE: A | RESIDENCY CODE: |
| APPLICATIONS: 8 | ADMITTED: 8 | REJECTED: 3 | EXAMINED: 6 | PASSED: 5 | FAILED: 1 | FAILED TO APPEAR: 2 |

| RANK | VET STAT | NAME | RESID CODE | FINAL AVERAGE | CAND STATUS | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | ** RESIDENT ** |
| 1 | N | ROSAZZA KEITH | 0228 | 92.720 | AD | |
| 2 | N | RIEHL ANTHONY P | 1918 | 90.740 | AD | |
| 3 | N | DEREVYANIK JUSTIN J | 0269 | 89.580 | AD | |
| 4 | V | GRECO PETER M | 0225 | 88.100 | AD | |
| 5 | N | TRAPANI CALOGERO | 0223 | 83.150 | AD | |

```
*************************
    END OF ELIGIBLE LIST

    TOTAL ELIGIBLES        5
*************************
TEST DATES    WRITTEN        ORAL       PERFORMANCE
                /  /      05/07/22         NONE
EFFECTIVE DATE      09/29/22  EXPIRATION DATE   09/28/25
```

RECEIVED
SEP 2 6 2022
CITY MANAGER'S OFFICE

EXHIBIT A

1

# Eligible / Failure Roster
**New Jersey Civil Service Commission**

| TITLE: | | | | | | TITLE CODE: | |
|--------|--|--|--|--|--|-------------|--|
| DPTY FIRE CHF | | | | | | 01506 | |

| JURISDICTION: | | | | | | SYMBOL: | |
|---------------|--|--|--|--|--|---------|--|
| HACKENSACK - FIRE - | | | | | | PM1890G | |

| ISSUE DATE:<br>10/01/25 | EFFECTIVE DATE:<br>10/09/25 | | EXPIRATION DATE:<br>10/08/28 | | UNIT SCOPE: | RESIDENCY CODE:<br>A |
|---|---|---|---|---|---|---|

| APPLICATIONS:<br>6 | ADMITTED:<br>6 | REJECTED:<br>2 | EXAMINED:<br>4 | PASSED:<br>4 | FAILED: | FAILED TO APPEAR:<br>2 |
|---|---|---|---|---|---|---|

| RANK | VET STAT | NAME | RESID CODE | FINAL AVERAGE | CAND STATUS | REMARKS |
|------|----------|------|------------|---------------|-------------|---------|
| | | | | | | ** RESIDENT ** |
| 1 | N | KATZ RICHARD | 0223 | 90.380 | AD | |
| 2 | N | THOMASEY MICHAEL J | 0225 | 89.010 | AD | |
| 3 | N | RILEY JAMES R | 0259 | 88.850 | AD | |
| 4 | N | ROCCO PETER J | 0242 | 80.280 | AD | |

```
*************************
  END OF ELIGIBLE LIST

    TOTAL ELIGIBLES     4
*************************
```

TEST DATES    WRITTEN        ORAL     PERFORMANCE
                   / /        04/26/25       NONE
EFFECTIVE DATE      10/09/25  EXPIRATION DATE  10/08/28

**EXHIBIT A**

1

The Meeting of the City Council of the City of Hackensack was held at City Hall, 65 Central Avenue, Hackensack, New Jersey, on Tuesday, October 28, 2025 at 5:30 P.M.

### I.    CALL TO ORDER AND ORDER OF BUSINESS:

Mayor Gaines called the meeting to order and the Deputy City Clerk announced, "This meeting is being held in accordance with the "Open Public Meeting Act," N.J.S.A. 10:4-6 et seq., notice having been published according to law, with a copy on file in the City Clerk's Office, and a copy posted on the Bulletin Board in City Hall."

Ms. Saabye called the roll:  Mayor Gaines, Deputy Mayor Toomey, Councilwoman Clark-Collins, Councilman Diaz were present. Councilman Carroll was absent. City Manager Thomas Freeman was present.  City Attorney Richard Malagiere was present. Deputy City Clerk Allison Saabye was present.

**FLAG SALUTE**

**APPROVAL OF MINUTES:**  A motion to approve the COW, Executive and Regular Meeting Minutes from October 14, 2025, was offered by Deputy Mayor Toomey, seconded by Councilman Diaz and approved by Mayor Gaines, Deputy Mayor Toomey, Councilman Diaz and Councilwoman Clark-Collins.

### II.   RESOLUTION FOR EXECUTIVE SESSION:

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | X | | X | | | | |
| Clark-Collins | | | X | | | | |
| Carroll | | | | | | X | |
| Diaz | | X | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**A RESOLUTION CALLING FOR AN EXECUTIVE MEETING OF THE CITY COUNCIL FOR THE FOLLOWING PURPOSES:**

**WHEREAS,** the Mayor and Council of the City of Hackensack deem it necessary to discuss certain actions under Section 7b7 & 7b8 of the Open Public Meetings Act which pertains to matters falling within attorney-client privilege, on-going litigation and personnel matters concerning the employment of a current or prospective public employee(s).

**WHEREAS**, the Mayor and Council of the City of Hackensack is of the opinion that such circumstances may presently exist; and

**WHEREAS,** the City Council wishes to discuss the following issues:

1. Personnel Matters
2. On-going Litigation – *Workers Compensation Case HCKW102601 & Case HCKW104272*
3. Matters involving attorney/client privilege –
4. Matters involving the purchase, lease or acquisition of real property
5. Any pending or anticipated litigation or contract negotiations

**NOW THEREFORE BE IT RESOLVED** that the Mayor and Council of the City of Hackensack deem it necessary to exclude the public from this discussion.  The

**EXHIBIT C**

10/28/2025  1

outcome of the discussion will be disclosed within 90 days or at such time as the interests of the City do not require confidentiality.

Deputy Mayor Toomey left the meeting at 7:00 PM.

**III.    PROCLAMATIONS & PRESENTATION:**
1. Fire Department Swearing In: Deputy Chief Michael Thomassey, Captain Jeffrey Giarrusso, Lieutenant Jesse D'Amore III
2. Clinton Place Halloween Proclamation
3. Italian Heritage Month Proclamation

**IV.    REPORTS AND PRESENTATIONS FROM PROFESSIONALS AND DEPARTMENT HEADS:**

**CFO Jim Mangin – Best Practices Inventory:** I want to give a quick report tonight on the best practices inventory which is something we do every fall and needs a quick explanation. The best practices checklist is something that was developed by the legislature back in 2011 and it has been re-authorized every year as part of the state budget. The Division of Local Government Services compiles a checklist of what they consider to be 50 best practices. They send it to every municipality in NJ and we have to match it against our operations and score ourselves against the list. We then send it into the state. The way it works is if you score too low, you do get penalized with a loss of a portion of your state aid. Hackensack has never lost any portion of their state aid. It never will. This year's list came out. The maximum score this year was 44, we scored a 36. I sent the checklist out last week. If you have any questions on any of the checklist questions or answers, I would be happy to answer. A 36/44 roughly equates to about a 83% which is the same as it was last year. Following tonight, we always post the full check list and score sheet on the Finance section of the City website under presentations. This is done every October.

**Ryan Westra – Project Manager Report:** Fire house engine 2: On the 14th, the Building Department inspection passed. Concrete was poured on the 16th on the apparatus floor and once the 28 day curing ends, the truck will be able to return to the garage on November 13th. After that, there is just an epoxy to go on the floor and then the project will be wrapped up. Foschini Park fields 8, 9 and 10, the contractor is continuing with drainage improvements as well as the excavation for the foundations of the light poles. The next two week look ahead is they will install the head wall for the drainage discharge into the river and continue with the field fighting foundations. The Grand Ave pedestrian improvement project is out to bid. The bid opening will be on November 13. This is a DOT local aid grant partially funded project. It includes intersection improvements at Grand and Poplar and Grand and Fairmount. It includes restriping, curb bump outs for pedestrian ADA walkways, line striping, and flashing pedestrian crossing signs. Again, just the list of roads to be paved this year if the weather holds out. The contractor has started on South Newman this. They have to do the CDBG funded roads first due to the funding that has to be closed out by end of year, and then they will continue with the other streets. Baldwin Park: the construction administration proposal is on for award at the meeting tonight. This project includes ADA improvements to Baldwin Park, surrounding the park, ADA improvements of the walkways leading to the upper portion as well as the playground area and some plantings of street trees. The municipal court, this project has been in the works for several years. The improvements include re-doing the glass panel storefront transaction windows, the door into the inner offices of the violations area. The current layout will be removed with new walls framed up with ballistic panels and new windows. That work is slated to begin in December. The Nixle went out this afternoon but starting tomorrow evening, there will be full westbound closure on Anderson Street bridge from Teaneck into the City at 7PM ongoing overnight to 6AM for some repairs needed. That is planning to last for several weeks.

**City Manager's Report:** A reminder the Veteran's Day ceremony is 11AM at the Green on November 11th. It is always a great event if you can make it. Congratulations to the

newly sworn in Fire Department officers tonight. It was great to see them all here. I wanted to provide some follow ups from last meeting. We had some concerned residents with some issues and I will report on a couple that we were able to recognize and rectify. We had some concerns about street sweeping on Grand and Marvin. I forwarded that to the DPW who was going to take care of it. I learned that the DPW has only two machines and we only have two qualified drivers of those at this time. We are working on getting more drivers to get those machines on the road more often. If there was a lapse on your street it was most likely because we had one person out for an extended period of time. I had a concerned resident reporting 72 Newman Street, complaints of noise and people hanging out there, I forwarded that to the Police Department who said they have been monitoring the area and they've broken up some crowds down there. We had another resident come up with concerns about Halloween safety and that we should put something out which we ended up putting on social media. We have some Halloween safety tips for kids and adults. Another gentleman requesting we look at the intersection of Anderson and Union for some pedestrian safety upgrades and I will report that I spoke to Ryan and that whole intersection and most of Anderson Street are included in a streetscape project which has been funded and will start next year. It is still being designed. It will include the pedestrian safety crossings at Union and Anderson as requested. Hellen McFadden from High Street, I am sorry to report we have not made any progress yet on the resident only parking issue. We have met with the Police and Traffic. We had several meetings and identified that enforcement is lacking in that regard and are in the process of purchasing automatic license plate readers for the parking enforcement officers so they can enforce our current issues with resident only parking. We are on top of it and didn't forget about it and are hoping to make some progress with the enforcement on that as we study what else we can do to improve the resident parking only issue.

**Rules of Order Ordinance**: Mayor Gaines – I just want to alert everyone there is an item on the docket for today, we are amending the rules of order. Once we pass that, we are trying to streamline the meetings a little bit, particularly to eliminate the gap between the COW meeting and the 8PM meeting. We are going to notice all meetings at 5:30PM. We will go into executive session as they have done for years, we will put an anticipated time for when we anticipate to come out of executive session and once we come out, we will go straight through. If we end the "COW" meeting early, we won't break for 20 minutes or 45 minutes, we will go straight through the docket. To that end, we did not want to, by consolidating the meetings, take away anyone's opportunity for public comment. If you are here for both, we didn't want you to lose your second bite of the apple. And so, if you notice on the docket for today, it says public comment and it is listed different and says public comment on agenda items. If there is something before we vote that you would like to speak on that is listed on the agenda, come forward and speak on it. You have that opportunity and then at the end, if you have a new issue that you would like to put on our radar that is not an agenda item or if you want to revisit an agenda item after we voted on it, you are more than welcome to have your piece. We are trying to eliminate the lag so we are not guaranteed to leave at 8:45 PM at a minimum. With that being said, I am going to ask that if anyone has a public comment on an agenda item, that you can come on down.

## V.   PUBLIC COMMENT (ON AGENDA ITEMS):

A motion to open the meeting to the public was offered by Councilman Diaz and seconded by Councilwoman Clark Collins.

Joel Dawkins – My first item is the CFO report. I would like to get information as to how those municipalities who got 44 and we got 36. I want to know what the gap is. For a County seat, we should be near the top or at the top. Number two, I don't know if this is on Ryan's agenda but we need more of those pedestrian flashing signs along Summit all the way from Standish down to Spring Valley Road. It is a heavily trafficked area and people like to walk and they should have the ability to do so including

Prospect Avenue and along Hudson even through they are not as much, they should have the ability to have those same protections. I think that was it for now. Thank you.

Blanche Stuart – When I was listening to the streets that were being paved, my street wasn't there. I have asked continually over the past three, four years, when will Third Street be paved? I was told at the beginning of next year. So now, I have been at that address for 29 years. Next year I will have no mortgage, and it still has not been paved in those 30 years. So, I would like to ask, when will Third Street be paved? If not, can it go into the next set of streets because you have the small streets like DeWolf, Wesley Street, Third Street may be short but goes from Central almost to Passaic Street. The rumbling at night with the trucks coming through is unbearable, so please take that into consideration. I wanted to congratulate the firemen and also you guys for doing such a wonderful job.

Charlie Avallone – I have a question since it was brought up. As far as I know, the Anderson Street bridge has been shut down to that for over 12 years. Is there any indication when they are going to open it again? I drove over it one night and it was fully open and the next morning when I went to work it was half, all the busses went to Route 4, so what's going to happen now with all the busses extra going out across that bridge? Since you mentioned the work they are doing for a temporary repair, is there anything on the docket in the next century that they are going to replace it. I live on Clinton Place, to cross Prospect, you do have the flashing stop signs but there was an accident two weeks ago. I am requesting a four way stop there because a lot of people use Clinton to go up and down and always just miss each other. It is not often but there is a possibility with a four-way stop there, like on Anderson. One last thing, Linden by the railroad tracks is another area where there is a lot of close calls. I think some people believe the white line from the railroad tracks is a stop line so they are expecting Clinton to be stopping and people on Linden go right through. My wife Susan was hit there a few years ago. Thank you.

Augusto – I would like to request for the street to be closed from Clinton all the way to Summit because we have a few houses past Prospect including mine and sometimes it doesn't get the attention. Last year was successful. There were no cars, no damage, there was no property damage. Everyone had a lot of fun and it was very safe for people to walk on the streets, not the sidewalk, on Halloween. The second thing is on Beech Street and Central there is no turning lights on the traffic lights. There is one at Prospect and Passaic but none at Summit and Beech and Summit and Central. It causes accidents. When you turn, there is also the 163 bus that comes that way, it doesn't have a way to turn so when you avoid hitting the bus, you hit the bus stop or sidewalk. For safety purposes, it would be great to have that. In terms of the flashing pedestrian signs, it is good for the pedestrian to have the ability to press the button instead of being flashing all the time. If it flashes all the time, people continue to go through. Thank you.

Martin Smith – I am a member of the Condo Co op Advisory Board traffic safety committee. I would like to bring to your attention an issue that we brought to the previous administration about a year and half ago and that was the current speed limit on Summit Avenue between Passaic Street and Spring Valley Avenue. Summit Avenue for the most part is a County road but for some reason that section comes under City jurisdiction and as you probably know streets under city jurisdiction in Hackensack typically have a 25mph speed limit. So we brought this issue to the attention of the previous administration back in June of 2024. When we did, the Council decided to have a traffic survey done and that traffic survey was done by the Bergen County Sheriff's Department from July 23 until July 30 on a 24 hour a day basis. During that time, the Sheriff's Department counted for that week 83,835 vehicles using that section of Summit Avenue. They also clocked all vehicles for speed and found that the typical speed was 38mph which is 3 mph above the posted limit. At a meeting of the City Council, Mr. Caruso told me one evening when he was City Manager that the Hackensack Traffic Department decided not to lower the speed limit and he received a letter from at that time Captain Antista saying that there should be a standard speed

limit, but in effect, Summit Avenue from it's northern terminus down to the Lodi line has 3 different speed zones, 30, 35, and 40 mph. At that time, at that meeting, I asked Mr. Caruso what were the parameters used by the traffic department in determining not to lower the speed limit. He said he didn't know but he would find out. By the time the next meeting was scheduled, Mr. Caruso was no longer the Manager and we were never told the parameters. Subsequently, I received a copy of the letter from Captain Antista to Mr. Caruso and he really doesn't give any specific reasons why, but the reasons we believe the speed limit should be changed are the following: Summit Avenue is a very wide street which means it takes longer for pedestrians to cross, particularly senior citizens and those pedestrians who have disabilities who are walking with canes or walkers. Secondly, the average speed limit of these cars according to the Sheriff's Department is 38 mph, which is a very fast speed for a residential street. The third parameter they should have used is between Passaic Street and Spring Valley Avenue there are nine intersections, only two of the intersections in that area have crosswalks. All other intersections are unprotected. All of these other intersections are unprotected and they are all T intersections which means the intersecting streets end at Summit Avenue and they are all located on the east side of Summit Avenue so we would request that the Council revisit this issue based on the parameters we have given you and see if perhaps we can get Summit Avenue to have a safer speed limit.

Michael Landau – I live on Clinton Place and I know we live on a wide street but one thing I have realized and I have been there for about 6 years is that we are on a street where the fire trucks and ambulances go through, it's a main throughfare and we were never able to request speed bumps or any kind of deterrent for speed between Summit and Prospect so one thought is to get a radar gun or one of those speed signs because we see them in Maywood and other streets parallel to ours and it would be really something we would appreciate going up or down the hill because no matter what, if you are doing 25 mph on a hill, you are doing 35 or 40 and we just had a lot of new kids move in. I think it would be a great thing to do.

Marlene Sommerville – I am the Hackensack representative for the TANAAC which is Teterboro Airport Noise Abatement Advisory Committee, so I am here to update the Mayor and Council on the last TANAAC meeting. Our meeting was October 22 and unfortunately we were at a disadvantage due to the swearing in of the new Council, we missed the July 16 meeting. We were not in attendance and unable to get the survey that was given out. The Teterboro Noise Abatement Authority hired a company called HMMH in order to do a noise abatement survey. HMMH is an international company that works to remediate for townships airplane noise and different issues that we have with residential quality of life. The survey was given and answers were turned in but in that gap we were not participants. One of the things I have asked is for the survey to be reopened or reissued to Hackensack so we have an opportunity to provide some feedback. There was 1,770 or in that ballpark in and out of the airport for air traffic which is significant. Teterboro was never zoned for that. The highest concentration for Hackensack residents is around Prospect Avenue that they are complaining the most about and beyond the noise is the issue with larger jets landing and helicopter noise coming in more frequently and take off and landing now in the morning time. There is supposed to be a 10AM to 6AM gap but it is a gentlemen's agreement which basically means it is a handshake and there is no policy or procedure for it. So at any point in time if someone comes in to land, it is what it is. The last part which was negotiated by the prior Council was to reroute it over Route 17 instead of coming in over Hackensack. Those are all key points that we will be revisiting but right now the main part is to get the survey and work with the FAA and TANAAC to see if we can start getting them to enforce reusing the new FAA flight path that was agreed to. We presented to the Condo Board. There are four TANAAC meetings per year so the next meeting is not until January 16th and I will leave it to the Council if you want an update after the meeting or you prefer a different update, meeting minutes or something else. Allison has a copy of the presentation and I will send her over the traffic survey.

Sandra Lett – I recently moved to Passaic Street from James Street and we didn't have a lot of time to move or get ready to move. We moved to 257 Passaic Street and I never got to have it inspected or anything and I tried to talk to the landlord and the super about certain things that need to be done, there is a lot of work that needs to be done in the apartment. Right now I have 10 or 15 things wrong.  The floor in the bathroom is not as it should be.  The toilet is not as it should be. Most of the bathroom and the doors I think we rented as a two bedroom and it is really a one bedroom with a big attic. I want to know who I can get to inspect and how do I go about having that done. I talked to several people and have not been able to have that service. I talked to the landlord and the super. If I can't get anyone to do what I need them to do, I need to move. I have chronic asthma and I have allergies and the windows are old. The building is 70 or 80 years old and everything is old but they painted over it.  The windows are t thin so it is very windy and all the dirt and everything comes inside the house. I am dusting more than I am sitting down because it is so bad. On the second floor, I have one knee that is bad and the other is also bad now because one compensates for the other. Who can I talk to about this problem?

City Attorney – Is it a two or three family?

Ms. Lett responded – I don't know. I live on the second floor and someone lives in the front and a couple that lives in the back.

City Attorney – If it is more than a two family, I think there is an inspector that the City engages to comply with DCA regulations. I think that is how that works.

City Manager – If I can get contact information from you, we can reach out and get some more information.

Rich Cerbo – A couple things I wanted to bring up about my family.  I just wanted to mention my family, my family was great people and I lost them all.  We hear a lot about a teacher from time to time and they are honored, some have passed away or retired. I never heard a word when my brother passed away three years ago. He was a teacher here for so many years. He coached kids. He did afterschool things. He helped the troubled kids. He did a lot and I did not hear a word about Fred Cerbo Jr. as a teacher and many others are honored somehow through presentations like this.  Even back further, years ago, Albert Dib was going to honor my dad who was a previous Mayor and was going to have some kind of monument, he went looking for a place to put it and then that was pulled off the table I guess because I ran against the former Mayor and he didn't like that.  Those two things, and previously when I ran for Council, I did not run a viable candidacy, I ran it to honor my family. It was almost a favorite son candidacy. It is all about my family – me on the ballot, my brother as a teacher, and my dad as former Mayor, never heard anything to honor those guys and they should be.  They were in love with this city, they cared about it, and did everything they could to make it better.

Mayor Gaines – I would be remiss if I did not say, I was not in this seat three years ago, but your brother was not just a fantastic teacher, but my teacher. I think I am partially in this seat because of him.  Not only was he a fantastic teacher, but when I was in school and we did the Christmas Caper, he was the evil villain and did that for a number of years and it was a wonderful opportunity to work with him not only as a student but also as two local actors of sort.  Like I said, I would have relished the opportunity. I did run 4 years ago, so I did try to have the opportunity to say nice things then but let me say them now. I am sorry that you feel that honor was not paid but a wonderful person.

Randy Glover – Two things, I am going to ask for the City Manager's information so we can send a letter to you requesting the key to Carver Park to store things there as far as the food pantry. The second thing, we spoke briefly about, is the house across the street 78 Central that the City owns that is not doing anything and we need an office. We will address that as well. The third thing is that we think it would be a great

situation for the City to team up with us as a food pantry. A lot of other towns have food pantries. So, Candi Stuart is our site manager, she has on our uniform. Today was a food distribution day, the line was down the block around the corner. It shows you how things happen. Marlene was passing by, and one of the woman on line was like I have to go pick up my child from school, this line is so long, I can't, I don't want to leave but I need to pick up my kid. She offered and she took the lady's kid home because the woman didn't want to get off the line. Mr. Mayor, your family also volunteers there and next week we are giving out turkeys. A newspaper reported is going to be shadowing us because he feels that brings the story home, a local town that is going to feel the effects of SNAP recipients not getting their things. He is going to do a story but it is important that this town gets involved like other towns. Lastly, some of the summer concerts, I was the one who introduced these concerts to Hackensack before anybody did anything at HACPAC. I was the first person to do it for five or six years. The thing missing right now is there is no cultural integration so when I was doing the events, we did a Latin night, Caribbean night, Middle Eastern Indian night, LGBTQ night, hometown heroes, hometown celebrities and hired people from the town. It made a big difference. When I look at the Green which this guy has had a contract with the City, Laguardia, for like 30 years, which makes no sense, and you look at the things being offered to have Hackensack meet Hackensack, and that is an issue. Hackensack residents don't really know Hackensack residents and one way to meet them is through music.

Brigitte Rucker – I am here to ask a question about two things about transparency which you guys ran your campaign on being transparent. One thing is I called the City Manager's Office, only to find out you have a new person as the confidential executive but it was not put on the agenda for people to know this position was open or on your website to have others be able to fill out for this position. When Jackie Hashmat became the executive in 2022, that was on the agenda, when she became the made up position of Deputy City Manager. I am looking to find out why this new person who went into that position, she wasn't on the agenda at any given time. We have a transparency law here in NJ that was done on June 1 and she has been in that position since August.

City Manager – The person who became my assistant in the City Manager's Office is Monica, which was an inter-department transfer. It was not a new hire. We hire people every day.

Ms. Rucker responded – Jackie was on the agenda and she was an inter office person.

City Attorney responded – Of course you do as you like, but the colloquy is respectfully inappropriate.

Ms. Rucker responded – I am just asking where is the transparency in it all. There was no transparency whatsoever to the community about this person that you know that was pushed into that position and everybody knows when Jackie moved from one position to another, it was put on the agenda so that the community knew she was going from one to another to another, but yours was not. The way everyone puts the transparency to the back, is like when you promote firemen, policemen, you should still be giving others an opportunity to fill out for that position and I don't believe you did give others an opportunity to fill out for that position because you knew this person so it was just like you knew them. Even if you knew her and wanted her to be in that position, it doesn't matter, it should have been posted so others could have had an opportunity but you didn't do that.

No one else wished to speak.

A motion to close the meeting to the public was offered by Councilman Diaz and seconded by Councilwoman Clark Collins.

**VI.    NEW BUSINESS (ORDINANCES AND RESOLUTIONS):**

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO: 444-25**

**FINAL ADOPTION OF ORDINANCE 45-2025, AN ORDINANCE TO AMEND CHAPTER 170 OF THE CODE OF THE CITY OF HACKENSACK, "VEHICLES AND TRAFFIC," TO ADD A NEW HANDICAPPED PARKING SPACE IN SECTION 49.2 "PARKING FOR THE HANDICAPPED"**

This Ordinance has been published according to law and now calls for a Public Hearing.

Motion offered by Councilman Diaz and seconded by Councilwoman Clark Collins that there be a public hearing.

**PUBLIC HEARING  -  No one wished to speak.**

Motion offered by Councilman Diaz and seconded by Councilwoman Clark Collins that the public hearing be closed.

**BE IT RESOLVED** by the City Council of the City of Hackensack, County of Bergen and State of New Jersey, that Ordinance No. 45-2025 has passed its second and final reading and is hereby adopted.

**CITY OF HACKENSACK**
**ORDINANCE NO. 45-2025**

**AN ORDINANCE TO AMEND CHAPTER 170 OF THE CODE OF THE CITY OF HACKENSACK, "VEHICLES AND TRAFFIC," TO ADD A NEW HANDICAPPED PARKING SPACE IN SECTION 49.2, "PARKING FOR THE HANDICAPPED"**

**WHEREAS**, pursuant to N.J.S.A. 40:48-2, the governing body of a municipality may make, amend, repeal, and enforce such other ordinances, regulations, rules and by-laws not contrary to the laws of this state or of the United States, as it may deem necessary and proper for the good of government, order and protection of person and property, and for the preservation of the public health, safety and welfare of the municipality and its inhabitants, and as may be necessary to carry into effect the powers and duties conferred and imposed by this subtitle, or by any law; and,

**WHEREAS**, the City Council of the City of Hackensack wishes to amend Chapter 170 of the Code of the City of Hackensack, entitled "Vehicles and Traffic," to add one (1) new handicapped parking spaces to Section 49.2, entitled "Parking for the Handicapped" and,

**WHEREAS**, the Hackensack Police Department and the City Engineer have investigated the matter and have determined that adding such handicapped parking spaces will not significantly impact on-street parking, nor will it affect traffic flow.

**WHEREAS**, the City Council finds it is in the City's best interest to take this action.

**NOW, THEREFORE, BE IT ORDAINED** BY THE CITY COUNCIL OF THE CITY OF HACKENSACK, as follows:

<u>Section 1:</u>
Chapter 170, Section 49.2 of the Code of the City of Hackensack is hereby amended as follows [additions by <u>underline</u>]

### §170-49.2.   Parking for the handicapped.

E.   Designation of parking areas.   In accordance with this chapter, the following location(s) shall provide parking for the physically handicapped:

| Parking Lot or Street | Side | Location/Number of Handicapped Space |
|---|---|---|
| <u>192 Washington Ave</u> | <u>East</u> | <u>From a point of 107 feet north of the northeast curbline apex of Washington Ave and Lafayette Street to a point 22 feet north thereof.</u> |

<u>Section 2:</u>
All other provisions of Chapter 170, Section 49.2 of the Code of the City of Hackensack shall remain unchanged.

<u>Section 3:</u>
*Repeal of Inconsistent Provisions*.  All ordinances or parts thereof in conflict or inconsistent with this Ordinance are hereby repealed, but only however, to the extent of such conflict or inconsistency, it being the legislative intent that all ordinances or part of ordinances now existing or in effect unless the same being conflict or inconsistent with any provision of this Ordinance shall remain in effect.

<u>Section 4:</u>
*Severability*.  The provisions of this Ordinance are declared to be severable and if any section, subsection, sentence, clause or phrase thereof for any reason is held to be invalid or unconstitutional by a court of competent jurisdiction, such decision shall not affect the validity of the remaining sections, subsections, sentences, clauses and phrases of this Ordinance, but shall remain in effect; it being the legislative intent this Ordinance shall stand notwithstanding the invalidity of any part.

<u>Section 5:</u>
*Codification*.  This Ordinance shall be a part of the Code of the City of Hackensack as though codified and fully set forth therein.  The City Clerk shall have this ordinance codified and incorporated in the official copies of the Code. The City Clerk and the City Attorney are authorized and directed to change any Chapter, Article and/or Section number of the Code of the City of Hackensack in the event that the codification of this Ordinance reveals that there is a conflict between the numbers and the existing Code, and in order to avoid confusion and possible accidental repealers of existing provisions not intended to be repealed.

<u>Section 6:</u>
This Ordinance shall take effect upon passage, adoption, and publication in the manner prescribed by law.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

### CITY OF HACKENSACK

#### RESOLUTION NO. 445-25

### INTRODUCTION OF ORDINANCE 46-2025, AN ORDINANCE AMENDING CHAPTER 37 OF THE CODE OF THE CITY OF HACKENSACK "RULES OF ORDER"

**BE IT RESOLVED** that the above ordinance, being Ordinance 46-2025 as introduced, does now pass on first reading and that said Ordinance shall be considered for final passage at a meeting to be held on November 10, 2025 at 5:30 p.m. or as soon thereafter as the matter can be reached at the regular meeting place of the City Council and at such time and place all persons interested be given an opportunity to be heard concerning said Ordinance and that the City Clerk be and she is hereby authorized and directed to publish said ordinance according to law with a notice of its introduction and passage on first reading and of the time and place when and where said ordinance will be further considered for final passage.

**CITY OF HACKENSACK**
**ORDINANCE NO. 46-2025**

**AN ORDINANCE AMENDING CHAPTER 37 OF THE CODE OF**
**THE CITY OF HACKENSACK "RULES OF ORDER"**

**WHEREAS**, pursuant to <u>N.J.S.A.</u> 40:48-2, the governing body of a municipality may make, amend, repeal, and enforce such other ordinances, regulations, rules and by-laws not contrary to the laws of this state or of the United States, as it may deem necessary and proper for the good of government, order and protection of person and property, and for the preservation of the public health, safety and welfare of the municipality and its inhabitants, and as may be necessary to carry into effect the powers and duties conferred and imposed by this subtitle, or by any law; and

**WHEREAS**, the City of Hackensack City Council ("City Council") wishes to amend the City of Hackensack Municipal Code ("City Code") Chapter 37 entitled "Rules of Order" in order to publish and utilize a consistent method of conducting business at City Council meetings; and

**WHEREAS**, the City Council finds that it is within the public interest to enact rules of procedure for public meetings; and

**NOW, THEREFORE, BE IT ORDAINED,** BY THE CITY COUNCIL OF THE CITY OF HACKENSACK, as follows:

<u>**Section 1:**</u>
Chapter 37, Section 13 of the Code of the City of Hackensack is hereby amended as follows [additions by <u>underline</u>, deletions by ~~strikethrough~~]:

**§37-13  Meetings; Scheduling and Notice.**

    A.  Regular Meetings.  Regular meetings must be held at least twice per month at a time designated by the Council pursuant to <u>N.J.S.A.</u> 40:81-19. <u>The Mayor and Council may cancel regular meetings for any reason.</u>

        i.  Scheduling regular meetings.  Pursuant to <u>N.J.S.A.</u> 10:4-18, at least once each year, the Council shall post and maintain posted throughout the year in the place described in Subsection (E)(iii), for the purpose of public inspection, a schedule of the regular meetings of the Council to be held during the succeeding year.

        ii.  Requests for notices of meetings. Pursuant to <u>N.J.S.A.</u> 10:4-19, any person may request that a public body mail to him copies of any regular meeting schedule or revision described in Subsection (A)(i) herein and any advance written notice as described herein by Subsection (E) regarding any regular, special or rescheduled meeting of such body.  The Council may, by resolution, fix a reasonable amount to cover the costs of providing such notice. Upon prepayment by such person of a reasonable sum, the public body shall cause written advance notice of all of its meetings to be mailed to such person within the time prescribed herein by Subsection (E).

    B.  [UNCHANGED]

    C. ~~Meetings of a committee of the whole must be held in accordance with Robert's Rules of Order and are subject to the same notice requirements provided herein for regular meetings.~~ .

    D. [UNCHANGED]

    E. [UNCHANGED]

**Section 2:**

Chapter 37, Section 14 of the Code of the City of Hackensack is hereby amended as follows [additions by <u>underline</u>, deletions by ~~strikethrough~~]:

### §37-14  Meetings Procedure.

    A. [UNCHANGED]

    B. Resolutions and Ordinances.

      i.    Every resolution or ordinance shall be reduced to writing and <u>ordinances shall be</u> read before the vote is taken thereon pursuant to N.J.S.A. 40:81-20. <u>All resolutions on a consent agenda may be read as a list by resolution numbers as long as the resolutions are made available in writing and displayed at the meeting at which the consent agenda is acted. Any member of the municipal council may request that any resolution(s) on the consent agenda be removed from the consent agenda and voted on separately.</u>

      ii.    Pursuant to <u>N.J.S.A.</u> 40:81-21, no ordinance passed by the Council shall go into effect before ten (10) days from the time of its final passage, except when:

      a.    Otherwise required by the general laws of the state; or

      b.    It is an ordinance for the immediate preservation of the public order, peace, health or safety, or to remedy an emergency caused by fire, flood, explosion, storm, epidemic, recovery of judgment, the act of God or the public enemy, which may be passed to take effect immediately without publication and at one meeting, by the vote of one more than a majority of the members of the Council.

    C. Voting, generally. The vote upon every motion, resolution, or ordinance shall be taken by yeas and nays and entered into the minutes. Upon the discretion of the Mayor, certain pro forma motions may be called by acclamation unless a Council Member votes nay, and in which case, a roll call shall be performed.

    ~~D. Call to Order and Order of Business.~~ <u>Organization generally.</u> The Mayor shall be the presiding officer, and shall call the meeting to order by determining that a quorum is present. He/she shall take the chair and announce that the meeting will come to order. This may be followed by other opening ceremonies <u>and the Mayor may request to go out of order at his/her discretion.</u> The following represents the sequence in which business is to be introduced:

      ~~i.    Reading and approval of minutes;~~

      ~~ii.    Reports of officers, boards, and standing committees;~~

      ~~iii.    Reports of special committees;~~

      ~~iv.    Special orders;~~

      ~~v.    Unfinished business and general orders;~~

      ~~vi.    New business; and~~

      ~~vii.    Public comment.~~

      I.    <u>CALL TO ORDER AND ORDER OF BUISINESS: including the Open Public Meetings Act statement, roll call, flag salute, and approval of minutes.</u>

      II.    <u>RESOLUTION CALLING FOR EXECUTIVE SESSION</u>

      III.    <u>PROCLAMATIONS AND OUTSIDE PRESENTATIONS</u>

      IV.    <u>REPORTS AND PRESENTATIONS FROM PROFESSIONALS AND DEPARTMENT HEADS</u>

      V.    <u>PUBLIC COMMENT ON AGENDA ITEMS</u>

      VI.    <u>NEW BUISNESS; including all ordinances and resolutions to be voted upon.</u>

      VII.    <u>PUBLIC COMMENT</u>

      VIII.    <u>MAYOR AND COUNCIL COMMENTS</u>

      IX.    <u>ADJOURMENT</u>

    E. [UNCHANGED]

    F. [UNCHANGED]

**Section 3:**
All other provisions of Chapter 37 of the Code of the City of Hackensack shall remain unchanged.

**Section 4:**
*Repeal of Inconsistent Provisions*.  All ordinances or parts thereof in conflict or inconsistent with this Ordinance are hereby repealed, but only however, to the extent of such conflict or inconsistency, it being the legislative intent that all ordinances or part of ordinances now existing or in effect unless the same being conflict or inconsistent with any provision of this Ordinance shall remain in effect.

**Section 5:**
*Severability*.  The provisions of this Ordinance are declared to be severable and if any section, subsection, sentence, clause or phrase thereof for any reason is held to be invalid or unconstitutional by a court of competent jurisdiction, such decision shall not affect the validity of the remaining sections, subsections, sentences, clauses and phrases of this Ordinance, but shall remain in effect; it being the legislative intent this Ordinance shall stand notwithstanding the invalidity of any part.

**Section 6:**
*Codification*.  This Ordinance shall be a part of the Code of the City of Hackensack as though codified and fully set forth therein.  The City Clerk shall have this ordinance codified and incorporated in the official copies of the Code. The City Clerk and the City Attorney are authorized and directed to change any Chapter, Article and/or Section number of the Code of the City of Hackensack in the event that the codification of this Ordinance reveals that there is a conflict between the numbers and the existing Code, and in order to avoid confusion and possible accidental repealers of existing provisions not intended to be repealed.

**Section 7:**
This Ordinance shall take effect upon passage, adoption, and publication in the manner prescribed by law.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 446-25**

**RESOLUTION AUTHORIZING PAYMENT OF BILLS**

    **BE IT RESOLVED** by the City Council of the City of Hackensack that the bills in the following accounts be and are hereby ordered paid:

| | | |
|---|---|---|
| Current Fund | $ | 767,348.39 |
| Grants | | 11,452.78 |
| Payroll | | 1,861,234.46 |
| Public Parking System | | 6,790.76 |
| Capital | | 1,045,458.20 |
| Escrow | | 27,352.80 |
| Trust Account | | 56,565.56 |
| Total Expenditures | | 3,764,750.17 |
| Interfunds/Transfers | | $ 168,091.24 |

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 447-25**

**RESOLUTION AUTHORIZING TAX REFUNDS FOR COUNTY AND STATE BOARD JUGEMENTS AND OVERPAYMENTS**

**BE IT RESOLVED**, by the City Council of the City of Hackensack that the proper officers be and are hereby authorized to make the following refunds for the reasons stated:

| AMOUNT | BLOCK | LOT | NAME | YEAR | REASON PROP LOC |
|---|---|---|---|---|---|
| $2,129.97 | 549 | 42 | Corelogic Refunds Dept For 803-817 Main Realty LLC 3001 Hackberry Rd Irving, TX 75063 | 2025 | County Board Judgment 815-817 Main St |

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 448-25**

**RESOLUTION AUTHORIZING TEMPORARY EXTENSION OF JOHNSON PARK CLOSING HOURS FROM OCTOBER 1, 2025 TO NOVEMBER 30, 2025**

**WHEREAS,** pursuant to Section 117-7 of the Code of the City of Hackensack ("Code"), all public parks are scheduled to be open from 6:00 A.M. until 9:00 P.M.; and

**WHEREAS**, Section 117-7 of the Code further provides that those hours may be adjusted upon the recommendation of the City Manager and upon approval by the Mayor and Council; and

**NOW, THEREFORE, BE IT RESOLVED** by the Mayor and City Council of the City of Hackensack that it hereby authorizes extending Johnson Park's closing time from 9:00 P.M. until 11:00 P.M. from October 1, 2025 through November 30, 3035 for permit holders only in the soccer field; and

**NOW, THEREFORE, BE IT RESOLVED** that the closing time of all other City Parks shall remain at 9:00 P.M.; and

**BE IT FURTHER RESOLVED,** that no person shall enter upon or occupy any part of the park, playground, or recreation area except during the such hours unless such person first received a special permit obtain from the Recreation Department; and

**BE IT FUTHER RESOLVED**, that the City Manager is directed to take whatever action he deems warranted to ensure that the adjusted closing times are properly noticed to the community-at-large.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 449-25**

**RESOLUTION AUTHORIZING TAX COLLECTOR TO CONVERT BELOW CHARGES TO PROPERTY LIEN AS PER N.J.S.A. 40:48-2.14**

**WHEREAS,** the Governing Body of the City of Hackensack finds and declares that N.J.S.A. 40:48-2.14 states in all cases where brush, weeds, including ragweed, dead and dying trees, stumps roots, obnoxious growth, filth, garbage, trash and debris are destroyed or removed from any dwelling or lands under any ordinance adopted pursuant to section 1 of P.L. 1943, c.71 (C.40:48-2.13) or section 1 of P.L. 1994, c.167 (C.40:48-2.13a); and

**WHEREAS,** N.J.S.A. 40:48-2:27 states in all cases where brush, hedges and other plant life are cut from any lands within the limitations of section one hereof under any such ordinance, by or under the direction of an officer of the municipality; and

**WHEREAS,** N.J.S.A. 40:65-12 states the governing body may make, amend, repeal, and enforce ordinances to compel the owner or tenant of any lands abutting upon the public highways of the municipality, to remove all snow and ice form the abutting sidewalks and gutters of such highways within twelve hours of daylight after the same shall fall or be formed thereon, and all grass, weeds and impediments therefrom within three days after notice to remove the same, and remove all grass, weeds and impediments from the portion of any street, or highway abutting on such lands, and to provide for imposition of penalties for violation of any impediments by the municipality where the owner or tenant of any such real estate shall fail to remove the same as provided in the ordinance. The cost of removal of any such snow, ice, grass, weeds or impediments from any sidewalk, gutter or public highway by the municipality shall be certified to the governing body of the municipality by the officer in charge thereof; and

**WHEREAS,** by or under the direction of an officer or code enforcement officer of the municipality, such officer or code enforcement officer shall certify the above costs thereof to the governing body, which shall examine the certificate, and if found correct, shall cause the cost as shown thereon to be charged against said dwelling or lands; the amount so charged shall forthwith become a lien upon such dwelling or lands and shall be added to and become and form part of the taxes next to be assessed and levied upon such dwelling or lands, the same to bear interest at the same rate as taxes and shall be collected and enforced by the same officers and in the same manner as taxes; and

**WHEREAS,** the City of Hackensack has maintained the following property by providing clean up including cutting front lawn, removing weeds, cutting overgrown vines, and disposing of debris:

452 Simons Avenue          Block 139, Lot 7          $ 700.00

**Grand Total**          **$700.00**

**NOW, THEREFORE BE IT RESOLVED,** by the Governing Body of the City of Hackensack that the above charges are certified to the Municipal Tax Collector, Christine Bahney, and she is authorized to convert the above charges to become a lien upon such lands.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 450-25**

**RESOLUTION AUTHORIZING APPOINTMENT OF SPECIAL LAW ENFORCEMEMT OFFICERS CLASS I FOR 2026 CALENDAR YEAR**

**BE IT RESOLVED**, that the following individuals are appointed as Special Law Enforcement Officers in the City of Hackensack, as per NJ Title 40A14-146.14, for the period of January 1, 2026 through December 31, 2026:

1. Captain Dean Mattalian
2. Lieutenant John Monaco
3. Lt.JG John Squillace
4. Lt.JG Christopher Gratzel
5. Sgt. Ernesto Robinson
6. Sgt. Ashley Nam
7. Sgt. Michelle Campo
8. Sfg Anthony Avila
9. Sfg Slobodan Vuckovic
10. SPO Sameh Andraous
11. SPO Jose Celentano
12. SPO Anthony Deluca
13. SPO Joseph Flores
14. SPO Joey Fisco
15. SPO Sumbal Nadeem
16. SPO Jessica Velasquez
17. SPO Vesna Marinkovic
18. SPO Cristian Anton
19. SPO Juan Campoverde-Heredia
20. SPO Jose Carguaytongo
21. SPO Jospeh Chavarria
22. SPO Angela Gonzalez
23. SPO Perry Reid
24. SPO Tanya Ramos
25. SPO Ronald Polson
26. SPO Robert Viggiano
27. SPO Jessica Velasquez
28. SPO Joachim Vasallo
29. SPO Steven Yoon

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 451-25**

**RESOLUTION AUTHORIZING LEAVE OF ABSENCE FOR ANTHONY IANNOCONE, POLICE OFFICER**

**WHEREAS,** Anthony Iannacone, Police Officer, has requested a Leave of Absence without pay for eight (8) weeks for bonding with his newborn child under the Federal Family Leave Act Policy, and

**WHEREAS,** Anthony Iannacone, Police Officer, has made known his desire to utilize accumulated sick and vacation time in accordance with City policy, and;

**WHEREAS**, City Manager Thomas J. Freeman has determined that this employee be granted a Leave of Absence for eight (8) weeks, commencing Monday, November 10, 2025, and terminating Friday, January 2, 2026.

**NOW, THEREFORE BE IT RESOLVED** by the Mayor and Council of the City of Hackensack, that Anthony Iannacone, Police Officer, be granted a Leave of Absence for eight (8) weeks, without pay, as requested.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 452-25**

**RESOLUTION AUTHORIZING RAFFLE LICENSES**

**BE IT RESOLVED**, by the City Council of the City of Hackensack that the following organization(s) be granted permission to conduct a Raffle in accordance with the application on file in the office of the City Clerk:

| | | |
|---|---|---|
| RA | #2309 | LOOM #1971 Lodi Lodge |
| RA | #2310 | Bergen County Academies |

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 453-25**

**RESOLUTION AUTHORIZING AWARDING OF CONTRACT TO ALAIMO GROUP FOR THE CONSTRUCTION MANAGEMENT OF THE BALDWIN PARK ADA SIDEWALK IMPROVEMENT PROJECT**

**WHEREAS,** the City of Hackensack is desirous of making sidewalk improvements in the area in and around Balwin Park to comply with the Americans with Disabilities Act (ADA), and has received a N.J. Dept. of Community Affairs Local Recreation Improvement Grant in the amount of $70,000 to partially fund said improvements; and

**WHEREAS,** the City awarded a bid contract to B. Puntasecca Contractors, Inc. in the amount not to exceed $147,695 on September 9, 2025 for said project, as per Resolution #395-25; and

**WHEREAS,** the City now requires engineering services for the construction management phase of said project; and

**WHEREAS,** it was determined that the proposal received from Alaimo Group is the most advantageous to the City based on cost and expertise in this field.

**NOW THEREFORE, BE IT RESOLVED** by the Mayor and Council of the City of Hackensack, County of Bergen, as follows:

1. Alaimo Group of 200 High St., Mount Holly, NJ 08060 is hereby awarded a contract in the amount not to exceed $14,800 for the Baldwin Park ADA Improvement Project, in accordance with the proposal attached hereto.

2. A Certification of Funds has been prepared and authorized by the Chief Financial Officer for the said contract assuring that there is a sufficient appropriation in budget account C-04-23-030-000-100 to fund the purchases authorized in this resolution as an express and mandatory condition of the award of this contract.

3. The City Clerk and Mayor are hereby authorized to sign the contract documents necessary to effectuate the award of this contract. The City Attorney shall review any and all contractual documents prepared in furtherance of this award.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 454-25**

**RESOLUTION AUTHORIZING RELEASE OF ESCROW FOR 150 HOBART STREET**

**WHEREAS**, a request has been received for the release of any remaining escrow funds for the project known as **150 Hobart St.;** and

**WHEREAS,** the Chief Financial Officer has determined that the balance of escrow funds remaining for this project is **$967.50**; and

**WHEREAS,** the City is in receipt of a certification as to the completeness of the project from the Building / Land Use Department.

**NOW, THEREFORE, BE IT RESOLVED**, by the Mayor and Council of the City of Hackensack, County of Bergen that the Chief Financial Officer is hereby directed to release the remaining escrow funds in the amount of $8967.50 to JB Hobart St. Properties, LLC of 47 Rainbow Dr., Diamond Point, NY 12824.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 455-25**

**RESOLUTION AUTHORIZING APPROVAL OF AN UPDATE TO THE CITY'S EQUITABLE SECTION 457 DEFERRED COMPENSATION PLAN**

**WHEREAS,** the City of Hackensack, hereinafter referred to as the "Employer," by resolution adopted a Deferred Compensation Plan, hereinafter referred to as the "Plan" effective April 1, 2009, for the purpose of making available to eligible employees the accrual of tax benefits under a Section 457 Deferred Compensation Plan; and

**WHEREAS,** the Small Business Jobs Act of 2010 amended Section 402A(e)(1) of the Internal Revenue Code (the "Code"); and

**WHEREAS,** the Employer desires its Plan to add Roth provisions brought about by the Small Business Jobs Act of 2010; and

**WHEREAS,** the Employer desires to adopt a restated Plan that is substantially similar to one on which a favorable Private Letter Ruling has been previously obtained from the federal Internal Revenue Service including provisions of the Small Business Job Protection Act of 1996 (United States Public Law No. 104-188), the Tax Payer Relief Act of 1997 (United States Public Law No. 105-34), the Economic Growth and Tax Relief Reconciliation Act of 2001 (United States Public Law No. 107-16), Section 401(a)(9) of the Internal Revenue code, the Small Business Jobs Act of 2010, and all such provisions as stated in the plan in terms substantially similar to the text of those provisions in the Code Section457, including pertinent applicable Treasury Regulations. The use of the Ruling is for guidance only and acknowledges that for Internal Revenue Service purposes, the Ruling of another employer is not to be considered precedent; and

**WHEREAS,** such revised Plan shall supersede the previously adopted Plan.

**NOW, THEREFORE BE IT RESOLVED,** that the Mayor and Council of the City of Hackensack, County of Bergen, hereby adopts the attached Restatement to the Deferred Compensation Plan Document from 66-PD-Equitable-053107 to the revised Plan 20-PD-EQUITABLE-091720.

**BE IT FURTHER RESOLVED,** that a certified copy of this resolution shall be sent to the Director of the Division of Local Government Affairs.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 456-25**

**RESOLUTION AWARDING NATIONAL CO-OP CONTRACT FOR THE PURCHASE OF TWO (2) E-ONE TYPHOON PUMPER FIRE ENGINES**

**WHEREAS,** the Hackensack Fire Department is in need of the replacement of two (2) pumper fire engines; and

**WHEREAS,** the City of Hackensack wishes to purchase these vehicles by using the services of an authorized National Pricing Co-Operative, pursuant to N.J.S.A. 52:34-6.2(3); and

**WHEREAS,** the purchase of goods and services by local contracting units is authorized by the Local Public Contracts Law, N.J.S.A. 40A:11-12; and

**WHEREAS,** the City of Hackensack is a participant in the Houston-Galveston Area Council (HGAC) National Co-Operative, and seeks to utilize HGAC contract #FS12-23 for the purchase of two (2) E-One Typhoon Pumper Fire Engines through an approved vendor, in the amount not to exceed $2,205,656; and

**WHEREAS,** the City of Hackensack has satisfied the HGAC requirement of prior adoption of a resolution declaring an "Intention to Utilize a National Co-Op Contract Notice" on September 9, 2025, as per Resolution #394-25; and

**WHEREAS,** the Qualified Purchasing Agent recommends the utilization of this contract on the grounds that it represents the best available price.

**NOW THEREFORE, BE IT RESOLVED** by the Mayor and Council of the City of Hackensack, County of Bergen, as follows:

1. Absolute Fire Protection Co., of 2800 Hamilton Blvd., South Plainfield, NJ 07080 is hereby awarded a contract in the amount not to exceed $2,205,656 for the purchase of two (2) E-One Typhoon Pumper Fire Engines to be utilized by the Hackensack Fire Department.

2. A Certification of Funds has been prepared and authorized by the Chief Financial Officer for the said contract assuring that there is a sufficient appropriation of $1,200,000 in budget account C-04-24-000-600 and $1,005,656 in budget account C-04-25-021-000-500 to fund the purchases authorized in this resolution as this is an express and mandatory condition of the award of this contract.

3. The Mayor and City Clerk are hereby authorized to sign the contract documents necessary to effectuate the award of this contract. The City Attorney shall review any and all contractual documents prepared in furtherance of this award.

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

**CITY OF HACKENSACK**

**RESOLUTION NO. 457-25**

**RESOLUTION AUTHORIZING MINI FOOD PANTRY PROJECT**

**WHEREAS,** Girl Scout Sylvia Brown is working towards her Girl Scout Gold Award project, the highest achievement a Girl Scout can achieve, which requires a minimum of 80 hours of planning and execution work focusing on a community issue's root cause and creating a long-term solution; and

**WHEREAS**, the project must address the underlying cause of a community issue, connect it to a wider scale issue, showcase the Girl Scout's leadership skills by building and directing a team to provide a long-term benefit to the community that continues after project completion, and has a measurable and tangible outcome; and

**WHEREAS,** Girl Scout Sylvia Brown has chosen to address food insecurity in Hackensack by designing, building, and installing a "Mini Food Pantry," an outdoor structure stocked with non-perishable items accessible 24/7 to anyone in need; and

**WHEREAS,** the "Mini Food Pantry" concept is simple, but powerful—take what you need, give what you can—allowing for easy, barrier-free access for those in need, and convenient drop off for donors; and

**WHEREAS,** Girl Scout Sylvia Brown has assembled an advisory team of Hackensack community leaders, teachers, and residents who will assist her in bringing her vision to life.

**NOW, THEREFORE BE IT RESOLVED,** that the Mayor and City Council of the City of Hackensack desire to authorize Girl Scout Sylvia Brown to move forward with her project, and approve the placement of a "Mini Food Pantry" on property owned by the City of Hackensack, with the initial location at the Hackensack M&M Recreation Building; and

**BE IT FUTHER RESOLVED,** that the Mayor and City Council of the City of Hackensack have consulted with City Departments and authorize the project with the following conditions:

1. After the initial installation of the first "Mini Food Pantry," the City will reevaluate the need for expansion to other locations on City property.
2. Girl Scout Sylvia Brown will be responsible for the maintenance of the pantry box(es) and the management and oversight of anyone she designates to assist with maintenance.
3. Coordination and consultation must be made with the Health Department prior to installation of the box(es).
4. Coordination and consultation must be made with the appropriate City Departments in determining the best location for the first box at the Hackensack M&M Recreation Building, as well as any locations for possibly future boxes.
5. Should the box(es) become unsightly, unsafe, or unhealthy at any point in time, the City reserves the right to remove the box(es).

| Council Member | Intro | Second | Yes | No | Abstain | Absent | Recused |
|---|---|---|---|---|---|---|---|
| Deputy Mayor Toomey | | | | | | X | |
| Clark-Collins | | X | X | | | | |
| Carroll | | | | | | X | |
| Diaz | X | | X | | | | |
| Mayor Gaines | | | X | | | | |

### CITY OF HACKENSACK
### RESOLUTION NO. 458-25

**RESOLUTION AUTHORIZING THE MAYOR TO SIGN EMPLOYMENT AGREEMENT WITH CITY MANAGER THOMAS FREEMAN**

**WHEREAS,** on August 4, 2025 Thomas Freeman was appointed City Manager of the City of Hackensack approved by Resolution 360-25; and

**WHEREAS,** the City of Hackensack and Thomas Freeman have agreed upon the terms of an Employment Agreement; and

**WHEREAS,** the City of Hackensack wishes to memorialize its approval of such Employment Agreement, the terms of which are incorporated by reference herein, and to authorize the Mayor to execute the Employment Agreement on its behalf;

**NOW, THEREFORE, BE IT RESOLVED**, by the Mayor and Council of the City of Hackensack, County of Bergen, State of New Jersey, as follows:

1. The Employment Agreement between the City of Hackensack and Thomas Freeman be and is hereby approved on the terms recited therein.
2. Mayor Caseen Gaines is hereby authorized to execute the Employment Agreement on behalf of the City of Hackensack.
3. The Mayor, City Clerk, and City Attorney are authorized to take any and all necessary and appropriate actions to effective the terms of this Resolution.
4. The Employment Agreement is to be kept on file in the Office of the City Clerk.

### VII.    PUBLIC COMMENT (3 MINUTES):

A motion to open the meeting to the public was offered by Councilman Diaz and seconded by Councilwoman Clark Collins.

Segi Tolstoy – I would like to comment on the safety of Hackensack again. We have police and fire and now we are in the month of November and I did not see an increase in the patrolling of the City for safety. We already spoke on that being conducted in Hackensack due to the people not stopping on red and just making their turns, we have above speed limits on Summit, Polifly, Essex. We have EV safety which I spoke on in early October and since then there has three other individuals who have died to traffic accidents with EVs. We also have October which is fire prevention month, we have EVs coming from the streets into the apartments. I spoke to Kurt. He said they are going to look into something. I see Hackensack has vulnerability as we get into November and a lot of people with EVs don't understand the seriousness of the issues. We just had someone hurt in a fire in Queens, NY, EV fire. I would like to see that be at the forefront of this Council as we unite Hackensack but we are jumping ahead with bike lanes but don't have the rules in place to make this a safe and happy place for children, families, and community. Also, in the eyes of transparency, that's what we need to have because we have boards and committees in this City that do not provide access to all. You may have some ADA abilities, but there are other disabilities like myself that should have the ability to see what is going on, on the boards and committees in terms of Zoom meetings. If you go to California, they are all over the place. People want to see how the money is being spent. People are coming together to talk about certain items. I would like to see transparency across the board for all

boards and committees in that we have a website dedicated to showing what is being presented, when, and what is going to be talked about. This should be on top of minds when you have a website and you have a city government especially in the 21st century. Thank you very much.

Randy Glover – A quick question, I see a resolution for a mini food pantry project. Can you tell me who that is? What company or non profit, because we will be submitting a resolution to you in the next session?

Mayor Gaines – It is a 17-year-old Girl Scout.

Blanche Candi Stuart – Mrs. McFadden, I heard her name mentioned. She lives directly behind my house. We have the same situation with the parking. We do need residential parking. I am the only house on Third between High and Clay, the only house. You would think I had 40 cars and I don't drive, so please residential parking is necessary. Most of the people who park on Third live in Quail Heights on Summit. It really needs to be reviewed and addressed. I agree with Ms. McFadden. She can't park on High Street, we can't park on Third Street. Thank you.

Rich Cerbo – The gentleman that spoke before us and said his name and it gave me an idea that his name is Tolstoy. Tolstoy was a monumental mind and a writer and a terrific Russian writer. He mentioned one thing, he said underlying everything, a subtext to everything, is a societal lie. Societal lie. Let's try to keep it honest here. There is lying everywhere and it becomes not what is being said, but what is not being said, especially in political dialogue. Tolstoy's societal lie reminds us to tell the truth and let's be truthful. Thank you.

Kenny Martin – A request if you can have the patrolman on Anderson Street and patrolmen on Main Steet pay close attention to double parking. On Anderson Street you have individuals parked double parked and actually leave the vehicles to go into the store which becomes a hazard if you are traveling west on Anderson, you actually have to go into the east bound lane and traffic stops, plus pedestrians. It has become a very congested area at Anderson Street so if we can have the patrolmen, what we would call post 8 and post 7, those two officers pay more attention to that area as well as Main Street because now we have two way on Main Street.

Marlene Sommerville – Just to follow up on the last meeting, we had the question on eminent domain to see if we can get an answer on when it could be invoked, because as the Chair for the Environmental Commission that question was posed to us about the Prospect Avenue area that they wanted to build the nursing home on, if there is something the Environmental Commission can push for that. As far as I understand, we do not, even as an advisory board, we do not have the ability to give you guys counsel on what is or isn't eminent domain use. The question came to say could we invoke eminent domain to get the parcel of land that is on Prospect Avenue where they were going to build a nursing home in order to turn it into a pocket park, for environmental reasons and for Prospect Avenue. As far as I am aware, I don't think that is an option, it is privately owned so I don't know what the criteria is for invoking eminent domain as a town.

City Attorney – So can the City exercise eminent domain over private property? The answer is yes you can. Whether the City would exercise it over a specific piece is a question for the Mayor and Council, so I can't answer specifically whether or not the Council of course would consider that piece you are referencing but technically the City has the eminent domain power.

Ms. Sommerville – So that was the one that was asked of us, so we are not sure what the criteria is, what to do, is it a conversation to be had, and if there is an opportunity. I don't necessarily know, but I think there was like 1.2 million in the open space fund. Is there an opportunity to look and see if the property could be purchased and use the funds? I think is it up to you guys to make a determination on how that money is

supposed to be used and I don't know if that conversation is to be had yet. Is that a possibility to say to look and see if there are any grant opportunities to supplement the open space fund and whether or not that is something the City that City could purchase to turn into a pocket park?

Mayor Gaines – I think it would be inappropriate to comment on that particular parcel, especially since the owner of that parcel had indicated that they plan on using it, but I will say heard.

No one else wished to speak.

A motion to close the meeting to the public was offered by Councilman Diaz and seconded by Councilwoman Clark Collins.

City Attorney – So, a resident indicated and asked why the hiring of an executive assistant in the City Manager's Office was not on the agenda of the Mayor and Council and that's because it is not a Mayor and Council appointment. The City Manager hires the people in the City and moves them around as he sees fit. The only appointments that the Mayor and Council make are in fact the City Attorney, the City Clerk, and the City Manager. I just wanted to make sure the record reflected that.

## VIII.  MAYOR AND COUNCIL COMMENTS:

Councilwoman Clark-Collins – I have no comments, I just wanted to congratulate the fire department for their promotions. Thank you for coming and get home safe.

Councilman Diaz – Good evening. First, I would like to congratulate the three officers on the Fire Department. I wish much success to them. Also, thanks very much out neighbors at Clinton Place for keeping the traditions alive year in and year out. It has been a busy two weeks since the previous meeting. We had the 200 Club Valor Awards where some of out first responders were honored. Well deserved. Then the Chamber of Commerce breakfast brought together so many great businesses. We also celebrated the grand re-opening of Wendy's with a fun ribbon cutting and yes, a few of us stayed for a frosty. The kids had a blast at the Halloween party at the Recreation Center and our Slam Dunk the Junk cleanup was a huge success with 52 groups and over 455 volunteers came out to help keep Hackensack beautiful. Big thanks to all the organizers and to all of you who showed up to these events and who are here tonight. It really shows your commitment to our City growth and community spirit. Thank you. Have a good one.

Mayor Gaines – First I want to address some of the comments. Ms. Stuart,  about Third Street, I recognize that. I think your clock went back a couple years, mine goes back a couple months in this seat but what I will say is I hear you, I am sure Ryan heard you and the City Manager heard you. I will freely concede, I do not know how the schedule of which streets gets done. My parents are not that far from there and as you know, their street is in disrepair as well for just as long as yours. I don't know how things get on that timeline but I am going to leave it to the experts to take note once again. We do have fresh eyes and ears so hopefully you're not here three years from now asking. I want to echo the comments on Slam Dunk the Junk which was amazing. The one thing I want to add to what the councilman said is we broke a record this year. We had more organizations than ever participate, we had more actual participants, which meant we were able to give away more grant money to these non-profit organizations. The overwhelming majority of them are things that directly benefit our kids and the overwhelming majority of them, maybe even all of them, are Hackensack organizations. So, every participating organization got a 500 dollar grant and the amount of grant money that we receive is directly proportional to the amount of participants we have. The more people we have, the more for everyone so if you did not participate this time around, please come back and get some of that 501c3 grant money.  It was a wonderful time. I want to acknowledge the Rec Department for their Halloween party for the kids, I went by there and watched a magic show, listened to some spooky tunes. There were

some very good costumes there. Thank you to everyone that came.  There have been a lot of questions and concerns about safety and parking. These are all things that this Council hears and as you know,  we have tried not only to address safety locally in Hackensack but even try to engage NJ Transit to make their part of Hackensack safer for our residents and people passing through.  We will have all those things on the list and see what we can do. It was mentioned we are taking a holistic look at the parking situation. I know a couple people have asked about parking on this street or that street. The City Manager said maybe two meetings ago that we are looking city wide so that we don't pass an ordinance to have a parking sticker on Street A and then that pushes people over to Street C and we are always playing catch up. Frankly, I think that is what is happening a little bit. There were residents asking for a flashing stop sign, speed bump, and now those requests come every single meeting and I think it is kind of that thing. We are trying to be proactive.  I know it sounds contradictory that proactive is going to take a little bit of time, but we are trying to zoom out to look at the City and make sure we don't create a problem somewhere else by trying to solve a problem on one particular street. Please bear with us but that's something that I know the Manager is actively working on with PD. It was mentioned a few meetings ago but in case you missed it.  We are really blessed in Hackensack to have a number of food pantries. Randy has spoken about his food pantry and what they provide.  We have a number, some through churches, some through 501c3s. There is a reality that 2,877 Hackensack families, not residents, but families are going to lose their SNAP benefits on Saturday. 2,877 households are going to lost their SNAP benefits on Saturday, and so when I talk about residents, these are often seniors, disabled individuals, families with children. They are Hackensack folk and they are going to be at an extreme detriment due to the government shut down and so one thing we were asked to do, I got a call from County Commissioner Tracey Zuir and she said  you have a high number of folks in your municipality, Saturday is soon but can you do anything to help support these folks. We are working through a plan but what I can say right now is thanks to Frank, Monica, the Manager, the local churches and more that come on board but we are going to institute an emergency food drive and we have also been talking to  the schools who will encourage students to bring in canned goods, pasta, diapers, essential items, that when these food pantries see an influx this weekend, the food pantries in Hackensack do not run out or do not run out as quickly. Frank, if you can put the flyer up, which we will be disseminating on social media, the newsletter.  There are some essential items the County has identified as being in demand. We are going to have drop boxes in City Hall in the lobby, Rec Center, fire stations.  We will make sure those items get to the food pantries and they are ready to receive these items. I just really want to encourage everyone who has the capacity to give and help, to do so.  Food insecurity is a very real thing.  It is scary.  It is scary to navigate a system and be approved for benefits and even scarier to have those benefits taken away because of actions in Washington DC when you are trying to take care of your family and make sure they are okay. There is also going to be a drop location at Mt. Olive Baptist Church. There will also be a drop location at New Hope Baptist Church.  We are reaching out to more churches throughout the City to see if they will put up boxes as well.  If you are someone who needs assistance or know someone that needs assistance, these are not pick up locations. We are collecting.  These are donation locations and then we will get them to the various pantries.  I want to say have a good night, a safe Halloween, please look out for each other, be compassionate to each other, it is a scary time for a lot of folks and please give if you are fortunate enough to be able to. Thank you.

**IX.   ADOURN:**

There being no further business, the meeting was adjourned at 8:45 PM.

Approved by Mayor and Council on November 10, 2025.

_____
Mayor Caseen Gaines

**ABSENT**
_____
Deputy Mayor Agatha Toomey


_____
Councilwoman Sonya Clark-Collins

**ABSENT**
_____
Councilman Phillip Carroll


_____
Councilman Roberto Diaz

_____
Deputy City Clerk Allison Saabye, RMC