Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel:  (201) 440-0675
Attorneys for Defendant, City of Hackensack and Thomas Freeman

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALOGERO TRAPANI,**<br><br>    Plaintiff**,**<br><br>v.<br><br>**CITY OF HACKENSACK & THOMAS FREEMAN, individually and in his official capacity as City Manger**<br><br>    Defendants. | Civil Action No.: 2:25-cv-16670<br><br>**[PROPOSED ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having been opened to the Court by defendants, the City of Hackensack and Thomas Freemand for an Order pursuant to *Fed. R. Civ. P.* 12(b)(6) dismissing plaintiff's verified complaint (ECF No. 1) for failure to state a claim for which relief my by granted, and the Court having considered the moving papers, opposition, and arguments of counsel and good cause having been shown;

**IT IS** this _____ day of _____, 202\_,

**ORDERED** that plaintiff's verified complaint is hereby **DISMISSED** without prejudice.

_____
Honorable Madeline Cox Arleo, U.S.D.J.
