Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, City of Hackensack and Thomas Freeman

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALOGERO TRAPANI,**<br><br>         Plaintiff,<br><br>v.<br><br>**CITY OF HACKENSACK & THOMAS FREEMAN, individually and in his official capacity as City Manger**<br><br>         Defendants. | Civil Action No.: 2:25-cv-16670<br><br>**CERTIFICATION OF SERVICE** |

TO:   MELISSA E. RHODES, ESQ.
       Clerk of Court
       United States District Court
       District of New Jersey
       Martin Luther King Building & U.S. Courthouse
       50 Walnut Street
       Newark, New Jersey 07101

The undersigned hereby certifies that on this date the enclosed notice of motion, brief, declaration of counsel, and proposed form of order were filed and served electronically via CM/ECF on all parties herein.

2

        s/ Leonard E. Seaman
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE, PC
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendant, City of Hackensack and Thomas Freeman
Dated: November 21, 2025