# KREHER & TRAPANI LLP

**Frank P. Trapani**
Direct: 215-907-7289
frank@krehertrapani.com

100 East Penn Square, Suite 400
Philadelphia, PA 19107
Main: 215-907-7290
Fax: 215-907-7287
www.krehertrapani.com

November 24, 2025

*Via ECF*
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey, Newark Vicinage
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Trapani v. City of Hackensack*, et al. Civil Action No. 2:25-cv-16670 (MCA)(JSA)

Dear Judge Arleo:

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff respectfully invokes the automatic adjournment of the original motion day relating to Defendants' Motion to Dismiss (ECF No. 4). The originally noticed motion day of December 15, 2025, has not previously been extended or adjourned. Plaintiff files this letter before the date on which opposition papers would otherwise be due, and therefore the adjournment is automatic under Local Civil Rule 7.1(d)(5).

Accordingly, the new motion day is January 5, 2026, the next available motion day following the originally noticed date. Plaintiff's opposition papers will therefore be due on or before December 22, 2025, and Defendants' reply papers, if any, will be due on or before December 29, 2025, consistent with Local Civil Rule 7.1(d)(2) – (3).

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Francesco P. Trapani*
Francesco P. Trapani, Esq.
Counsel for Plaintiff

Cc: All counsel of record via ECF.