Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, City of Hackensack and Thomas Freeman

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALOGERO TRAPANI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HACKENSACK &<br>THOMAS FREEMAN, individually<br>and in his official capacity as City<br>Manger<br><br>Defendants. | Civil Action No.: 2:25-cv-16670<br><br>**DECLARATION OF**<br>_____ |

I, <u>Srujal Desai</u>_____, hereby declare pursuant to 28 *U.S.C.* § 1746, under penalty of perjury that the following facts are true and correct:

1. I am an employee of <u>JM Technical Services Inc.</u>_____ an information technology consulting firm hired by the City of Hackensack to provide services related its information technology systems including email accounts provided to City employees for use in their official duties.

2. I make this declaration in support of defendant's motion to dismiss plaintiff's complaint.

3. On or about December 28th, 2025, pursuant to a request from the City, I searched the email account provided by the City to Anthony Riehl for emails he sent between 1/1/25 and 12/28/25 containing the terms: Retirement and October 1st 2025.

4. Two of the emails that I located are annexed hereto.

5. Exhibit A is true and accurate copy of an email dated January 21, 2025 from Chief Riehl to Elizabeth O'Brien, the City's Employee Benefits Clerk, re: "Retirement."

6. Annexed hereto as Exhibit B is a chain of emails between Chief Riehl and Ms. O'Brien sent on July 16, 2025 and July 17, 2025, re: "Retirement."

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

**SIGNATURE**

_____

Srujal Desai
Name

V.P
Title

12/29/25
Date Signed

| | |
|---|---|
| **From:** | Anthony Riehl |
| **To:** | Elizabeth O'Brien |
| **Subject:** | Retirement |
| **Date:** | Tuesday, January 21, 2025 12:39:31 PM |
| **Attachments:** | Outlook-abodc3yz.png |

Hi Elizabeth, I plan on retiring on 10/1/25 and was wondering if you have time to see me regarding same.

Thank you,

*Anthony Riehl*

Chief of Department

City of Hackensack Fire Department

205 State St.

Hackensack, N.J. 07601

o: 201.646.3942



*Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.*

| | |
|---|---|
| **From:** | Elizabeth O'Brien |
| **To:** | Anthony Riehl |
| **Subject:** | Re: Retirement |
| **Date:** | Thursday, July 17, 2025 12:28:47 PM |

Would you be able to come Tuesday or Wednesday at 2pm instead? Please let me know.

Thank you,

Liz

**From:** Anthony Riehl <ariehl@hackensack.org>
**Sent:** Wednesday, July 16, 2025 5:29:32 PM
**To:** Elizabeth O'Brien <eobrien@hackensack.org>
**Subject:** Re: Retirement

How about next Monday afternoon at 2:00?

# Thank you,

Anthony Riehl

Chief of Department

205 State St.
Hackensack, NJ 07601

(201) 646-3942

*Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.*
*Thank you*

On Jul 16, 2025, at 3:36 PM, Elizabeth O'Brien <eobrien@hackensack.org> wrote:

Thank you, I will submit your final salary information to Pensions.

Yes, we can go over it if you would like. I can't give you a final calculation until your last day is worked, and I receive the attendance from Monica (she usually sends this to me on your last day, or the following day). I can give you an estimate based on your attendance now.

Is there a date that you would like to come by?

Thank you,

**Elizabeth O'Brien**
**Employee Benefits Clerk**
Finance Department
65 Central Avenue, 2nd Floor
Hackensack, New Jersey 07601
Direct: (201) 646-3931
Email: eobrien@hackensack.org
<image001.jpg>

---

**From:** Anthony Riehl <ariehl@hackensack.org>
**Sent:** Wednesday, July 16, 2025 12:35 PM
**To:** Elizabeth O'Brien <eobrien@hackensack.org>
**Subject:** Re: Retirement

That is confirmed. Can we also go over my final numbers for sick leave and vacation? I was planning on contacting you next week to set up a time.

Anthony Riehl

Chief of Department

205 State St.
Hackensack, NJ 07601

(201) 646-3942

*Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.*

Thank you

> On Jul 16, 2025, at 10:05 AM, Elizabeth O'Brien <eobrien@hackensack.org> wrote:
>
> Good morning Chief Riehl,
>
> I just want to confirm your retirement date of October 1st, 2025. I will be submitting your final salary to the Division of Pensions upon your confirmation. If you plan on changing the date, please let me know as soon as possible.

Thank you,

**Elizabeth O'Brien**
**Employee Benefits Clerk**
Finance Department
65 Central Avenue, 2nd Floor
Hackensack, New Jersey 07601
Direct: (201) 646-3931
Email: eobrien@hackensack.org