**KREHER & TRAPANI LLP**
Francesco P. Trapani, Esq.
100 East Penn Square, Suite 400
Philadelphia, PA 19107
Tel: (215) 907-7290
Fax: (215) 907-7287
frank@krehertrapani.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Calogero Trapani** | : Document Electronically Filed |
| | : |
| **Plaintiff** | : |
| | : Civil Action No. 2:25-cv-16670 |
| v. | : |
| | : **Notice of Motion for Leave to File** |
| | : **Sur-Reply** |
| **City of Hackensack & Thomas Freeman,** | : |
| **individually and in his official capacity** | : |
| **as City Manager** | : |
| | : |
| **Defendants.** | : |
| | : |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on a date to be determined by the Court, or as soon thereafter as counsel may be heard, Plaintiff will move before the Honorable Madeline Cox Arleo, U.S.D.J., of the United States District Court for the District of New Jersey, for an Order granting Plaintiff leave to file a Sur-Reply in Opposition to Defendants' Motion to Dismiss pursuant to Local Civil Rule 7.1(d)(6).

    In support of this Motion, Plaintiff relies upon the accompanying Motion for Leave to File a Sur-Reply, the attached Exhibit A thereto, the proposed Order submitted herewith, and all papers previously filed in this action.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: December 30, 2025 | |
| | /s/ *Francesco P. Trapani* |
| | Francesco P. Trapani, Esquire |

                                              KREHER & TRAPANI LLP
                                              100 East Penn Square, Suite 400
                                              Philadelphia, PA 19107
                                              Tel: (215) 907-7290
                                              Fax: (215) 907-7287
                                              frank@krehertrapani.com