UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Calogero Trapani** | : Document Electronically Filed |
| **Plaintiff** | : |
| v. | : Civil Action No. 2:25-cv-16670 |
| **City of Hackensack & Thomas Freeman, individually and in his official capacity as City Manager** | : |
| **Defendants.** | : |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to File a Sur-Reply pursuant to Local Civil Rule 7.1(d)(6), and the Court having considered the submissions of the parties, and for good cause shown;

IT IS on this ___ day of _____, 2026,

**ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply is **GRANTED**; and it is further

**ORDERED** that the sur-reply attached as Exhibit A to Plaintiff's motion is deemed filed.

_____
Honorable Madeline Cox Arleo, U.S.D.J.