**KREHER & TRAPANI LLP**
Francesco P. Trapani, Esq.
100 East Penn Square, Suite 400
Philadelphia, PA 19107
Tel: (215) 907-7290
Fax: (215) 907-7287
frank@krehertrapani.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Calogero Trapani** | : Document Electronically Filed |
| **Plaintiff** | : Civil Action No. 2:25-cv-16670 |
| v. | |
| **City of Hackensack & Thomas Freeman, individually and in his official capacity as City Manager** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

    I, Francesco P. Trapani, hereby certify that I caused a true and correct copy of Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss to be filed via the court's electronic filing system and that it is available for viewing and downloading by all counsel of record.

Date: December 30, 2025    /s/ *Francesco P. Trapani*
                                                              Francesco P. Trapani, Esquire
                                                              KREHER & TRAPANI LLP
                                                              100 East Penn Square, Suite 400
                                                              Philadelphia, PA  19107
                                                              Phone (215) 907-7290
                                                              Fax (215) 907-7287
                                                             frank@krehertrapani.com