Mary McDonnell, Esq. Attorney ID#045271992
**PFUND MCDONNELL, P.C.**
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ***Plaintiff,***<br>CALOGERO TRAPANI,<br><br>v.<br><br>***Defendants,***<br>CITY OF HACKENSACK and THOMAS FREEMAN, Individually and in his official capacity as City Manager | Civil Action No.: 2:25-cv-16670<br><br><br><br><br>**NOTICE OF APPEARANCE** |

    I, MARY C. MCDONNELL, ESQ., of Pfund McDonnell, P.C., hereby formally enters a Notice of Appearance on behalf of Defendants City of Hackensack and Thomas Freeman.

 

                                                            PFUND MCDONNELL, PC

                                                            */s/ Mary McDonnell*

                                                            _____
                                                           MARY MCDONNELL, ESQ.
                                                           Attorney for Defendants

Dated:  February 4, 2026