October 20, 2026

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey

Re: Calogero Trapani v. City of Hackensack, et al.
Civil Action No. 2:25-cv-16670-MCA-JSA

Dear Judge Allen:

Counsel jointly submit this status report pursuant to paragraph 14 of the Court's Scheduling Order in advance of the October 27, 2026 telephone status conference.

Plaintiff has served written responses to Defendants' interrogatories and requests for production and has made an initial document production. The parties have agreed upon the terms of a proposed confidentiality order.

Defendants requested additional time to provide their written discovery responses and document production. Plaintiff consented on the understanding that those materials would be provided before the October 27 conference. Defendants' responses and production remain outstanding. Counsel are addressing the timing cooperatively and are not presently requesting resolution of a discovery dispute.

With respect to settlement, Plaintiff's counsel raised the possibility of resolution with defense counsel. Defense counsel advised that the City of Hackensack contends that they have a very strong defense, but will participate in good faith will all settlement initiatives.

Counsel will be prepared to discuss the remaining discovery and settlement at the October 27 conference.

Respectfully submitted,

/s/ *Francesco P. Trapani*
Francesco P. Trapani
Counsel for Plaintiff

/s/ *Mary McDonnell*
Mary McDonnell
Counsel for Defendants

cc: All counsel of record via ECF